UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEAN IP HOLDINGS INC., <br><br>    Plaintiff, <br><br>    v. <br><br> GLEAN TECHNOLOGIES, INC., <br><br>    Defendant. | Case No.  25-cv-08536-RFL   (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 78 |

The parties stipulated to the terms of a protective order based on this District's Model Protective Order for Litigation Involving Patent, Highly Sensitive Confidential Information and/or Trade Secrets. Dkt. 78. They submitted their proposed order for the Court's review. *Id.* The Court now holds as follows.

The edits to the legend are approved, as is the inclusion of the sentence starting, "This [Proposed] Stipulated Protective Order is based . . . ." Dkt. 78-2 at 2–4.[1]

The edits to Section 2.4 are approved.

The edits to Sections 2.4 and 2.9 are approved, as is the removal of references to highly confidential source code throughout the order.

The edits to Section 5.2(a) are approved.

The edits to Section 6.3 are approved.

---

[1] References to page numbers correspond to the ECF page numbers at the top of each page.

The edits to Section 7.2(g) are denied in part. The provision may be edited to read as follows, "the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information, and who has signed the Acknowledgement and Agreement to Be Bound (Exhibit A)." The Court is not persuaded that the other proposed edits are necessary.

The edits to Section 7.3(b) are approved.

The edits to Section 7.3(f) are denied in part. The text may be edited to read, "the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information, and who has signed the Acknowledgement and Agreement to Be Bound (Exhibit A)." Again, the Court is not persuaded of the necessity of the other edits.

The edits to Sections 7.4 and 7.4(a)(1) are approved.

The edits to Section 7.4(a)(2) are denied. The Court is not persuaded of the necessity of these edits.

The removal of Section 8 (Prosecution Bar) and Section 9 (Source Code) is approved.

The edits to Section 11 (Inadvertent Production of Protected Materials) are approved.

The edits to Section 12.3 (Export Control) are approved as modified. The text may be edited as follows, "Disclosure of Protected Material shall be subject to all applicable laws and regulations relating to the export of technical and commercially sensitive data contained in such Protected Material, including the release of such technical and commercially sensitive data to foreign persons or nationals in the United States or elsewhere."

The edits to Section 13 (Final Disposition) are approved.

The addition of Section 14 (Use of AI) is approved.

2

The edits to the text of Exhibit A are approved.

If they are still willing to stipulate, and in light of the guidance set forth in this order, the parties are directed to refile a proposed protective order for the Court's review by **July 1, 2026**.

**IT IS SO ORDERED.**

Dated: June 24, 2026

Alex G. Tse
United States Magistrate Judge

3